JUNE 24, 1998

No. 97–8922 (A–978). NARVAIZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUNE 26, 1998

No. 97–232. EDDY POTASH, INC. v. HARRISON. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton, ante,* p. 775.

No. 97–726. REYNOLDS v. CSX TRANSPORTATION, INC., ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton, ante,* p. 775.

No. 97–1058. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. v. FALCONE. C. A. 9th Cir. Certiorari granted; judgment vacated, and case remanded for further consideration in light of *Monge* v. *California, ante,* p. 721.

No. 97–1777. B. C. ROGERS PROCESSORS, INC., ET AL. v. BOC GROUP, INC., ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lexecon Inc.* v. *Milberg Weiss Bershad Hynes & Lerach,* 523 U. S. 26 (1998).

No. 97–5760. DICKEY v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy,* 521 U. S. 320 (1997).